

# IN THE
# TENTH COURT OF APPEALS

### No. 10-09-00394-CR

**WILLIAM CHARLES WEBB,**

                                                                            **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                            **Appellee**

### From the 54th District Court
### McLennan County, Texas
### Trial Court No. 2009-1263-C2

## MEMORANDUM  OPINION

This is an appeal of the trial court's denial of Appellant's request for bond reduction pending trial.  Appellant's counsel and the district clerk have notified this Court that Appellant was convicted under a guilty plea.

This appeal is dismissed as moot.  *See Oldham v. State*, 5 S.W.3d 840, 846 (Tex. App.—Houston [14th Dist.] 1999, pet. ref'd) ("Issues concerning pretrial bail are moot after the accused is convicted."); *see also Ex parte Smith*, No. 09-06-397-CR, 2006 WL 3438083 (Tex. App.—Beaumont Nov. 29, 2006, no pet.) (mem. op.) (not designated for

publication) (dismissing as moot appeal on pretrial bail reduction because of appellant's guilty plea).

                                        REX D. DAVIS
                                        Justice

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Dismissed
Opinion delivered and filed June 16, 2010
Do not publish
[CR25]